NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-657

KIMERLY AND SHERWIN ROY, JR.

VERSUS

DR. JAMES T. AUSTIN, JR.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT,
PARISH OF CALCASIEU, NO. 99-4730
HONORABLE G. MICHAEL CANADAY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

JIMMIE C. PETERS
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, John D. Saunders, and Jimmie C. Peters, Judges.

**AFFIRMED.**

Frank A. Silvestri
Silvestri & Massicot
3914 Canal St.
New Orleans, LA  70119
(504) 482-3400
COUNSEL FOR PLAINTIFFS/APPELLEES:
    Kimerly and Sherwin Roy, Jr.

M. Keith Prudhomme
Lundy & Davis
501 Broad St.
Lake Charles, LA  70601
(337) 439-0707

**COUNSEL FOR DEFENDANT/APPELLANT:**
Louisiana Patient's Compensation Fund